PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 9:21CV233 Donny Whaley

RECEIVED: (13) on

on this 10 day of 11, 20 21, at 7:00 a.m./p.m.

at TDCJ Wynne
(Name of Institution)

_____   _Donny Whaley_
Witness (if by mark)    (Signature, or mark, of addressee)

_____
Witness (if by mark)


WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT _____ A.M./P.M. ON THIS _____ DAY OF _____, 20____, AT _____.
(Name of Institution)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV 18 2021

Signature of Institution Delivering Agent

Witness

BY
DEPUTY _____