PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK

RE: 9:21cv233 Donny Whaley

RECEIVED: (14) R&R

on this _____ day of _____, 20____, at _____ a.m./p.m.

at _____
(Name of Institution)

_____    _____
Witness (if by mark)       (Signature, or mark, of addressee)

_____
Witness (if by mark)

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT 730 A.M./P.M. ON THIS 16 DAY OF Dec, 20 21 AT Wynne.
(Name of Institution)

_____
Signature of Institution Delivering Agent

Witness

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 21 2021
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS